IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD B. WILLIAMS, | ) | No. C 14-01686 EJD (PR) |
| Plaintiff, | ) | ORDER OF TRANSFER |
| v. | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| Defendants. | ) | |

Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983. The acts of which Plaintiff complains occurred in Los Angeles County which is located in the Central District of California. Therefore, venue properly lies in the Western Division of the Central District. See 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Western Division of the Central District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Western Division of the Central District of California.

DATED: 8/12/2014

EDWARD L. DAVILA
United States District Judge

Order of Transfer
01686Williams_transfer(CD).wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DONALD B. WILLIAMS,

        Plaintiff,

  v.

UNITED STATES OF AMERICA, et al.,

        Defendants.

Case Number: CV14-01686 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on    8/12/2014   , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald B. Williams AC2954
California Men's Colony
P. O. Box 8103
San Luis Obispo, CA 93409

Dated:    8/14/2014

        Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk